COURT OF CRIMINAL APPEALS
P.O. BOX 12308 CAPITOL STATION
AUSTIN, TEXAS 78711

81,781-01

SHARON KELLER , WR-81,781-01 , ABEL ACOSTA
— JUDGE —

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 16 2015
Abel Acosta, Clerk

# 04-00434-RE
TRIAL COURT CASE NO.

GREETINGS, AND RESPECT TO THIS COURT SYSTEM IN AUSTIN TX., AND THE PEOPLE WITH-IN THE SYSTEM THAT WORK FOR THE PEOPLE'S RIGHTS. (WE-THE-PEOPLE) THERE-OF

In Saying that, I'm happing to resolve this legal this matter. I sent this Court an application, that writ of Habeas Corpus (March 25, 2015). And part of it got returned (April 1, 2015). The part missing was (GROUND SIX) two (2) pages, is there a legal reasoning for this mis place-ment??

Note: I'm going to file again with District Clerk in County of Conviction, Dallas Co. TX. (A.S.A.P.)

"UNSWORN DECLARATION"
APRIL 10, 2015

Thanks With Integrity, and respect. (Pro Se)